

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 23 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>           Plaintiff,             )<br>                                  )<br>   v.                             )<br>                                  )<br>YAMILA ABRAHAM,                   )<br>                                  )<br>           Defendant.             ) | 2:09-CR-0383-LDG (GWF) |

### FINAL ORDER OF FORFEITURE

On May 24, 2010, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 21, United States Code, Section 334 and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p), based upon the plea of guilty by defendant YAMILA ABRAHAM to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offenses to which defendant YAMILA ABRAHAM pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 29, 2010 through June 27, 2010, notifying all known third parties of their right to petition the Court.

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code,
9  Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 21, United States Code,
10 Section 334 and Title 28, United States Code, Section 2461(c); and Title 21, United States Code,
11 Section 853(n)(7) and shall be disposed of according to law:

12  a) 20,000 tablets of the DXM drug; and

13  b) an *in personam* criminal forfeiture money judgment for $38,362.16 in United
14     States Currency.

15 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
16 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
17 any income derived as a result of the United States of America's management of any property forfeited
18 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

19 The Clerk is hereby directed to send copies of this Order to all counsel of record and three
20 certified copies to the United States Attorney's Office.

21 DATED this __23__ day of __Sept.__, 2010.

_____
UNITED STATES DISTRICT JUDGE